1

2  I reserve the right to change, alter, and remove this document at any time.
   Without the leave of this or any other court.
3  Richard-Enrique; Ulloa, Sui Juris, unrepresented
   Nation "New York".
4  general post-office.
5  Hurley-town.
   United States Minor, Outlying Islands. Near. [12443-9998]
6

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 0 5 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

7

8  # UNITED STATES DISTRICT COURT
9  # NORTHERN DISTRICT OF NEW YORK

10
11                                          )   CASE INC 1:10-CV-345
                                            )   (GLS/RFT)
12   Richard-Enrique; Ulloa                 )
                                            )
13                                          )
         Plaintiff(s)/Petitioner            )
14                                          )   NEW EVIDENCE
         Vs.                                )
15                                          )   Declaration of Richard Enrique Ulloa
                                            )   in Support of
16                                          )   Complaint to Stay – Overturn –
                                            )   Set Aside Foreclosure Order and
17                                          )   Decision of Lower Court
                                            )
18   WELLS FARGO BANK, N.A.;                )
     SUPREME COURT FOR THE STATE            )
19   OF NEW YORK, In and for Ulster         )
     County; and JOHN OR JANE DOES          )
20    1-10 unknown investors                )
                                            )
21   JOHN ROES 1-100, being undisclosed     )
     Mortgage aggregators (wholesalers),    )
22   Mortgage originators, loan seller, Trustee)
     Of Pooled Assets, Trustee for Holders of,)
23   Certificates of Collateralized Mortgage, )
24   Obligations,                           )
                                            )
25   Defendant(s)                           )
                                            )
26   _____)

27

28
   1

Page 1 of 7

Page 1 of 7

Comes the Petitioner, Richard-Enrique; Ulloa "real party in interest", (Plaintiff) a flesh and blood man without counsel, hereby presents to this court with a Motion to Compel.

Plaintiff alleges:

1. I, me, Richard E. Ulloa, do herewith affirm, state and say: that I, issue this "Declaration of Richard E. Ulloa in Support of Complaint to Stay - Overturn - Set Aside Foreclosure Order and Decision" with sincere intent in truth, that I am competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just to the best of my knowledge, information, and belief.

2. The lender did not give me full disclosure.

3. The lender concealed aspects of the true nature of the transaction and its connections to a securitization and/or monetization process and all the parties and benefits and payoffs involved.

4. The lender failed to reveal the true nature and procedures and process behind the use of the word "Loan' and how the lender arranges to fund a homeowner's transaction account without risking its own funds or that of its investors, or depositors.

2

5. Further, the lender failed to reveal proper pre-disclosures of the Good Faith Estimate per RESPA, or Itemization of Amount Financed per TILA disclosure requirements.

6. Further, the lender failed to reveal a proper pre-disclosure of the TILA Statement per TILA disclosure requirements.

7. The Defendants are liable to me for damages for these falsehoods because as the Maxim of Law says, "The law punishes falsehood"

8. These false statements/falsehoods concern material facts relating to this foreclosure action and go the heart of the my damages in that they are a violations of statues that protect me and the lack of revealing the truth has caused me to be in this position of a foreclosure action starting, and I have had to go through the time and expense and emotional distress of fighting to save my home without just cause

9. I believed the Defendants and am damaged.

10. Also before the foreclosure starts the Defendants fail to insure a properly executed Mortgage and Promissory Note are filed in the office of the Official Ulster County Recorder's Office , State of New York State, that bare the signature of all parties or their agent with authorization to sign in accordance my understanding of the nature of such contracts.

11. The Original lender and other agents/Defendants void the Mortgage and Note contracts by participating in a scheme to defraud me.

12. I was not given full disclosure about the procedures used to fund the loan.

13. The Mortgage, and Promissory Note and Documents have defects.

3

14. The defects include: the Mortgage and Note are both without containing the proper signature/endorsement by and on behalf of the Original Nominee/Lender charged with making payment to fund the loan; the Mortgage and Note are without showing the party foreclosing to be the original allege-lender and the mortgage and Note lack the accompaniment of the presence of documents evidencing the proper execution of assignment and transfer into the name of the foreclosing party, the Defendant(s).

15. According to the banking industries own publications Federal Reserve Bank of Chicago, Two Faces of Debt, p.19 - First published in 1953, and Federal Reserve Bank of Chicago, Modern Money Mechanics, p. 6 - First published in 1975 the transaction is funded by an exchange process and procedures, with new money created, not the lender's funds.

16. The Mortgage and Promissory Note evidences the defects and the fact that the instrument(s) are not signed and executed in written form by the lender/lender agent.

17. The Mortgage loan transaction was not consummated to my understanding since the lender did not give me full disclosure of all the relevant terms and conditions and the lender did not sign the contracts in agreement to the obligations of the contracts.

18. The lender is without in good faith honoring my need to have produced the original documents and custodial records to prove up their claim of standing to foreclose as holder in due course and real party in interest.

4

19. The lender/Respondent has violated my reputation, good name, honor, and integrity liberty interests protected by the due process clause, per Quinn v. Shirey.

20. In attempting to foreclose on by home without just cause or being real party in interest the lender/Respondent is in non-compliance with the statutes and violation of my property interests.

*Richard-Enrique; Ulloa, Signed in red*

Richard-Enrique; Ulloa, unrepresented
Address:   Phone 845-687-7855
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

I pray to the almighty Yahweh and not to this court that justice by done.

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, complete and correct.  28 USC §1746

Signed on this the thirty first day of the twelfth month in the year of our Lord and Savior two thousand ten.

*Richard Enrique, Signed in red*

Richard-Enrique; Ulloa, unrepresented
Address:   Phone 845-687-7855
Nation "New York".
general post-office.

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]
richard_ulloa@yahoo.com

6

**Proof and Evidence of Service**

I, richard-enrique: (for the family-ulloa): *declare that I served by filing one copy of the "DECLARATION ON NEW EVIDENCE AND AUDIT" by "hand-delivered by private carrier-service on "USDC OF NORTHERN NEW YORK" sent by post-office-first class-mail AND OR CERTIFIED MAIL to the following:*

| HOGAN & HARTSON LLP<br>ALLISON J. SCHOENTHAL, RENEE GARCIA<br>875 Third Avenue<br>New York, NY 10022 | USDC for NORTHERN DISTRICT OF NY<br>SENT TO THE CLERK TO FILE INTO THE docket |
|---|---|
|  | **Stephen M. Kerwin**<br>Office of Attorney General - Albany<br>State of New York<br>The Capitol<br>Albany, NY 12224 |
|  |  |

*[signature]*
SIGNED in RED
richard-enrique:(for the family-ulloa):

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

7